IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CR-256-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL ARAUJO | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 25, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), based upon the defendant pleading guilty to 18 U.S.C. §§ 1029 and 1028A, and agreeing to the forfeiture of the property listed in the April 25, 2011 Preliminary Order of Forfeiture, to wit:

9 Apple laptops:
1. MacBook Pro, Model MB986LL/A, S/N W800529A644
2. MacBook Pro, Model MB986LL/A, S/N W894312B644
3. MacBook Pro, Model MB986LL/A, S/N W80053L1644
4. MacBook Pro, Model MB986LL/A, S/N W8951349644
5. MacBook Pro, Model MB986LL/A, S/N W80052MH644
6. MacBook Pro, Model MB985LL/A, S/N W89444H7642
7. MacBook Pro, Model MB985LL/A, S/N W89511SD642
8. MacBook Pro, Model MB991LL/A, S/N W80056WB66E
9. MacBook Pro, Model MB991LL/A, S/N W80038AH66E

2 Sony laptops:
10. Sony VAIO, Model VPCS111FM/S, Box Code S01-3002824-5
11. Sony VAIO, Model VPCS111FM/S, Box Code S01-3005734-8

Other:
12. Netgear Push 2 TV Model PTV1000-100-NAS, S/N 2A929CU10166F
13. Netgear Push 2 TV Model PTV1000-100-NAS, S/N 2A919CU201540;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between May 5, 2011 and June 3, 2011, as

required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's April 25, 2011 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the April 25, 2011 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Treasury is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __15__ of day __November__, 2011.

_____
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE

3